| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1089 2:04CR-00119-03J |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | CR08-0009 DLJ |

| NAME AND ADDRESS OF PROBATION | DISTRICT | DIVISION |
|---|---|---|
| Tanesha STEVENSON | WYOMING | U.S. PROBATION OFFICE |
| | NAME OF SENTENCING JUDGE | |
| | ALAN B. JOHNSON, U.S. DISTRICT JUDGE | |
| | DATES OF SUPERVISED RELEASE | FROM October 9, 2007 — TO October 8, 2012 |

FILED
JAN - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**OFFENSE**

POSSESSION WITH INTENT TO DISTRIBUTE, AND TO DISTRIBUTE COCAINE AND AIDING AND ABETTING
[21 USC §§ 841(a)(1), (b)(1)(B) and 18 USC § 2]

## PART 1 - ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/14/07
Date

*(signature)*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

JAN - 3 2008
Effective Date

*(signature)*
United States District Judge