# UNITED STATES DISTRICT COURT
for
## NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue



FILED
JUL 3 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## Report on Offender Under Supervision

Name of Offender:       Tanesha Raquel Stevenson       Docket No.:  CR 08-00009-01 DLJ

Name of Sentencing Judge:   Alan B. Johnson
                            United States District Judge

Date of Original Sentence:   December 13, 2004

Original Offense:
Count Two: Possession With Intent to Distribute and to Distribute Cocaine and Aiding and Abetting, 21 U.S.C. § 841(a)(1), (b)(1) (B), and 18 U.S.C.§2 a Class C felony

Original Sentence: 60 months custody, four (4) years supervised release
Special Conditions: Special assessment $100.00; fine $250.00; drug and alcohol treatment; search; abstain from alcohol.

On January 3, 2008, jurisdiction was transferred from the District of Wyoming case 04CR00-119-03J to the Northern District of California and assigned docket number CR 08-00009-01 DLJ.

Type of Supervision: Supervised Release          Date Supervision Commenced: October 9, 2007
Assistant U.S. Unassigned                         Defense Counsel: Ronald G. Pretty (Retained)

CC TO PROBATION RS

Tanesha Raquel Stevenson                                                                                     Page 2
CR 08-00009-01 DLJ

## Petitioning the Court to Take Judicial Notice

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated standard condition number seven that she shall refrain from the use of any controlled substances. |

> On July 25, 2008, an unannounced home visit was conducted at Ms. Stevenson's residence for a status check and to conduct a urinalysis. At that time, Ms. Stevenson admitted to smoking marihuana on or about July 19, 2008 while hanging out with some friends.
>
> Evidence in support of this charge is the chronological record dated July 25, 2008.

### Action Taken and Reason

On July 25, 2008, Ms. Stevenson was confronted as to her marihuana use and she admitted using the illicit substance. Furthermore, she has been associating with people who were not conducive to her sobriety and that she will no longer do so. She was immediately restarted in the highest level of random drug testing and was ordered to participate in weekly group meetings. Therefore, I am asking that no action be taken at this time. The undersigned will notify the court if other issues arise.

The Duty Assistant U.S. Attorney, Maureen Bessette, has been notified and there are no objections.

Respectfully submitted,                                            Reviewed by:

_____                          _____
Myra Turner                                                              Daniel Zurita
U.S. Probation Officer                                              Supervisory U.S. Probation Officer

Date Signed: July 29, 2008

NDC-SUPV-FORM 12A 06/23/08

THE COURT ORDERS:
- ☑ The Court concurs and takes judicial notice
- ☐ Submit a request to modify supervision
- ☐ Submit a request for warrant
- ☐ Submit a request for summons
- ☐ Other:

_7-31-08_
Date

_[signature]_
D. Lowell Jensen
Senior United States District Judge